**Order entered July 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01261-CV

## EX PARTE MICHAEL GEROD MCGREGOR

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. X-13-1459-W**

## ORDER

Because we cannot consider documents not formally included in the record on appeal, we

**DENY** appellant's "application for subpoena." *See Cantu v. Horany*, 195 S.W.3d 867, 870 (Tex.

App.—Dallas 2006, no pet.); *see also* TEX. R. APP. P. 34.1 ("The appellate record consists of the

clerk's record and, if necessary to the appeal, the reporter's record.").


/s/     ELIZABETH LANG-MIERS
            JUSTICE